| | |
|---|---|
| 1 | Alethia M. Scipione |
| | State Bar No. 026102 |
| 2 | 252 N. Kimberlee Way |
| | Chandler, AZ 85225 |
| 3 | (602) 291-2360 |
| 4 | Attorney for Debtors |

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | ) Chapter 13 Proceeding |
| | ) |
| Troy Lee Pekoske | ) Case No: 2:07-bk-01967-GBN |
| | ) |
| and | ) **NOTICE OF WITHDRAWAL** |
| | ) |
| Lisa Beth Pekoske | ) |
| | ) |
| Debtors. | ) |
| | ) |

Effective February 13, 2009, Alethia M. Scipione is no longer employed by the law firm of Wilson-Goodman & Fong, PC. Notice is hereby given to all interested parties that notices and inquires should be forwarded to:

> WILSON-GOODMAN & FONG, PC
> 538 S. GILBERT ROAD
> GILBERT, AZ 85296.
> (480) 503-9217
> (480) 503-9219

Wilson-Goodman & Fong, P.C. shall remain the attorney of record, and shall provide either a Substitution of Counsel, or Notice of Appearance upon determination of the substituting attorney. Debtors have been notified via US mail of this change.

RESPECTFULLY SUBMITTED this 1st day of March, 2009.

ALETHIA SCIPIONE, ESQ.

/s/Alethia M. Scipione (026102)

-1-

| | |
|---|---|
| 1 | ELECTRONIC COPY filed via ECF this <br> 1st day of March, 2009,: |
| 2 | |
| 3 | RUSSELL BROWN <br> 3838 NORTH CENTRAL AVENUE SUITE 800 <br> PHOENIX, AZ 85012-1965 |
| 4 | 602-277-8996 |
| 5 | TROY AND LISA PEKOSKE <br> 615 W MYRTLE DR |
| 6 | CHANDLER, AZ 85248 |
| 7 | Angela Wilson-Goodman <br> Wilson-Goodman & Fong, P.C. <br> 538 S. Gilbert Road, Ste. 101 |
| 8 | Gilbert, AZ 85296 |
| 9 | |
| 10 | By: /s/Alethia Scipione |